# EXHIBIT 1



*Atlanta District Office*

**U.S. Department of Homeland Security**
2150 Parklake Drive NE
Atlanta, GA. 30345



**U.S. Citizenship
and Immigration
Services**

Date: **March 10, 2011**

A-File No.: **A78591393**

**The Employment Law Group, P.C.
c/o R. Scott Oswald
888 17th Street, N.W. Suite 900
Washington, D.C. 20006-3307**

Re: **Germar Rudolf**

### DECISION

You have filed Form I-212, Application for Permission to Reapply for Admission into the United States after Deportation or Removal, on **July 15, 2009**. The application is based upon the grounds that you were deported and removed from the United States. You now seek to reapply for admission or adjustment of status.

Upon consideration, it is ordered that your (Form I-212) be denied for the following reason(s):

You are seeking admission to the United States after the five (5) consecutive years since your deportation or removal.

**Section 212 (a)(9)(A) of the Act states in pertinent part:**

(9) ALIENS PREVISOUSLY Removed.-

(A) Certain aliens previously removed.-

(i) Arriving aliens.-Any alien who has been ordered removed under section 235(b)(1) or at the end of proceedings under section 240 initiated upon the alien's arrival in the United States and who again seeks admission within 5 years of the date of such removal (or within 20 years in the case of a second or subsequent removal or at any time in the case of an alien convicted of an aggravated felony) is inadmissible.

(ii) Other aliens.-Any alien not described in clause (i) who-

(I) has been ordered removed under section 240 or any other provision of law, or

(II) departed the United States while an order of removal was outstanding, and who seeks admission within 10 years of the date of such alien's departure or removal (or within 20 years of such date in the case of a second or subsequent removal or at any time in the case of an alien convicted of an aggravated felony) is inadmissible.

**(iii) Exception.-Clauses (i) and (ii) shall not apply to an alien seeking admission within a period if, prior to the date of the alien's reembarkation at a place outside the United States** or attempt to be admitted from foreign contiguous territory, the *Attorney General has consented to the alien's reapplying for admission.*

A-File No.: A78591393

**Title 8 Code of Federal Regulations, Section 212.2 (a) states in pertinent part...**

>"Any alien who has been deported or removed from the United Sates is inadmissible to the United States unless the alien has remained outside of the United States for five consecutive years since the date of deportation or removal."

Service records show that you were removed from the United States on **November 14, 2005**. You were therefore inadmissible under section 212(a)(9)(A)(i) of the Immigration Nationality Act. (the Act). Under section 212(a)(9)(A)(i) of the Act, you were required to obtain consent to reapply for admission to the United States. However, the ground of inadmissibility for which you filed the Form I-212 waiver seeking admission before the five years from the removal date has passed, INA §212(a)(9)(A)(iii).

Since you are no longer inadmissible under section 212(a)(9)(A)(i) of the Act and have remained outside the United States for over the required five year period, the Form I-212 waiver has been determined to be unnecessary. Therefore, based on the foregoing discussion, your application is hereby denied.

You may request an appeal of this decision. You must submit an appeal to **THIS OFFICE** with a filing fee. If you do not file an appeal within the time allowed, this decision finals. Appeal in your may be made to:

Do NOT send your appeal directly to the AAU. Please direct any questions you may have to the U.S. Citizenship and Immigration Services office nearest your residence.

Sincerely,

Paul Onyango
Field Office Director


cc: R. Scott Oswald

Atl.: cab

Produced 08/26/2010 from USCIS' EDMS; Alien File No. 078591393

APPROVED OR FILING
Initials: SR    Date: FILING 7/17/09
Initials: ATL/A05
FCQ Unit

Page 1    of 3

OMB No. 1615-0018, Exp. 06/30/2010

Survivor File

Department of
U.S. Citize...  A 78591393

# I-212, Application for Permission to Reapply for Admission Into the United States After Deportation or Removal

(To be file...

Date ...  06/29/2009

Fee Stamp  78591393  202944

I request permission to reapply for admission into the United States.

| | |
|---|---|
| 1. Name (Last) (First) (Middle)<br>RUDOLF    Germar | 2. File numbers on correspondence from U.S. Citizenship and Immigration Services (USCIS) or former Immigration and Naturalization Service (INS) (if known)<br>Approved I-130 Receipt Number: WAC-05-050-53635 |
| 3. Name used when last deported or removed from the U.S.<br>Germar Rudolf | 4. Date of Birth (mm/dd/yyyy) 10/29/1964 |
| 5. Other names used or known by<br>Germar Scheerer | 6a. Place of Birth (city or town; state or province; and country)<br>Limburg/Lahn, Hessen, GERMANY |
| 7. Circumstances under which deported or removed from the United States (check applicable blocks)<br><br>☐ Excluded and deported or removed. (less than one year ago)<br>☒ Arrested and deported or removed. (less than five years ago)<br>☐ Removed after having fallen into distress (less than five years ago)<br>☐ Removed as alien enemy (less than five years ago)<br>☐ Removed at U.S. Government expense in lieu of deportation (less than five years ago) | 6b. Country of Citizenship/Nationality GERMANY |
| | 8. Length of residence in the United States (years)<br>5 years |
| | 9. Place of residence at time of deportation or removal from United States (city and state) Cicero, Illinois |
| | 10. Place deportation hearing held or application for removal made (city)<br>Atlanta |
| 11. Country to which deported or removed<br>Germany | 12. Detention facility or jail where detained (city and state) (If not detained, write "None") Kenosha, WI |
| 13. Date of deportation or removal from United States (mm/dd/yyyy)<br>11/14/2005 | 14. Port of Departure from United States Chicago, IL |
| 15. Status desired if permitted to re-enter United States<br>☒ Permanent Resident    ☐ Visitor    ☐ Student<br>☐ Other (specify) | 16. Reason for desiring to re-enter the United States<br>To join U.S. citizen spouse and U.S. citizen child. |
| 17. Location of American Embassy/Consulate where application for visa will be made (city and country)<br>Frankfurt, Germany | 18. Name and relationship of U.S. citizen or lawful permanent resident alien spouse, parent or children, if any  US citizen spouse: Jennifer Jacobs Rudolf, US citizen child: Natalie Jane Rudolf |
| 19. Signature of Applicant | 20. Street and number, city or town; state or province, and country of present residence  Marathon Strasse 7, Remscheid, NorthRhineWestphalia D-42857, Germany |

Signature of person preparing form, if other than applicant

21. I declare that this document was prepared by me at the request of the applicant and is based on all information of which I have any knowledge.

(Signature)    The Employment Law Group, PC - 888 17th Street, NW, #900 Washington, DC 20006 - 3307

(Address)    (Date)

This space for use of DHS officer

File A- 78591393
Decision  Denied No Longer required or eligible for the waiver

Date of Action

DD or OIC Office

DENIED MAR 1 0 2011

Department of Homeland Security U.S. Citizenship and Immigration Services

RECEIVED
7/18/2009

TRANS IN  006943
REIT-TRANS OUT

COMPLETED
MAR 1 0 2011

Complete and Submit Both Forms.

Form I-212 (Rev. 07/07)Y

54599



Produced 08/26/2010 from USCIS' EDMS; Alien File No. 078591393
Page 2    of 3

OMB No. 1615-0018, Exp.

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

## I-212, Application for Permission to Reapply for Admission Into the United States After Deportation or Removal

*(To be filed in duplicate)*

Fee Stamp    502944

Date: 06/29/2009

I request permission to reapply for admission into the United States.

| | |
|---|---|
| 1. Name (Last) (First) (Middle) <br> **RUDOLF    Germar** | 2. File numbers on correspondence from U.S. Citizenship and Immigration Services (USCIS) or former Immigration and Naturalization Service (INS) if known <br> **Approved I-130 Receipt Number: WAC-05-050-53635** |
| 3. Name used when last deported or removed from the US <br> **Germar Rudolf** | 4. Date of Birth (mm dd yyyy) **10/29/1964** |
| 5. Other names used or known by <br> **Germar Scheerer** | 6a. Place of Birth (City or town, state or province, and country) <br> **Limburg/Lahn, Hessen, GERMANY** |
| 7. Circumstances under which deported or removed from the United States *(check applicable blocks)* <br> ☐ Excluded and deported or removed (less than one year ago) <br> ☒ Arrested and deported or removed (less than five years ago) <br> ☐ Removed after having fallen into distress (less than five years ago) <br> ☐ Removed as alien enemy (less than five years ago) <br> ☐ Removed at U.S. Government expense in lieu of deportation (less than five years ago) | 6b. Country of Citizenship or Nationality **GERMANY** <br><br> 8. Length of residence in the United States (years) **5 years** <br><br> 9. Place of residence at time of deportation or removal from United States (city and state) **Cicero, Illinois** <br><br> 10. Place deportation hearing held or application for removal made (city) <br> **Atlanta** |
| 11. Country to which deported or removed <br> **Germany** | 12. Detention facility or jail where detained (city and state) (if not detained write "None") **Kenosha, WI** |
| 13. Date of deportation or removal from United States (mm dd yyyy) <br> **11/14/2005** | 14. Port of Departure from United States **Chicago, IL** |
| 15. Status desired if permitted to re-enter United States <br> ☒ Permanent Resident  ☐ Visitor  ☐ Student <br> ☐ Other (specify) | 16. Reason for desiring to re-enter the United States <br> **To join U.S. citizen spouse and U.S. citizen child.** |
| 17. Location of American Embassy/Consulate where application will be made (city and country) <br> **Frankfurt, Germany** | 18. Name and relationship of U.S. citizen or lawful permanent resident alien spouse, parent or children, if any **US citizen spouse: Jennifer Jacobs Rudolf. US citizen child: Natalie Jane Rudolf** |
| 19. Signature of Applicant <br> *(signature)* | 20. Street and number, city or town, state or province, and country of present residence **Marathon Strasse 7, Remscheid, NorthRhineWestphalia D-42857, Germany** |

**Signature of person preparing form, if other than applicant**

21. I declare that this document was prepared by me at the request of the applicant and is based on all information of which I have any knowledge.

*(Signature)*    The Employment Law Group, PC - 888 17th Street, NW, #900 Washington, DC 20006 - 3307

(Signature)    (Address)    (Date)

| This space for use of DHS officer | | Date of Action |
|---|---|---|
| File A- | | |
| Decision | | DD or OIC Office |

**Complete and Submit Both Forms.**

| RECEIVED | TRANS IN | RE'D TRANS OUT | COMPLETED |
|---|---|---|---|

Form 54599